**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Cynthia Goodroad, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tharaldson Lodging II, Inc., | ) | |
| d/b/a Jamestown Comfort Inn, | ) | Case No. 1:05-cv-110 |
| | ) | |
| Defendant. | ) | |

On May 10, 2007, the parties filed a pleading entitled "Stipulation of Settlement and Dismissal." The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the stipulation in its entirety (Docket No. 50) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court